IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**HENRY CHANCE, individually and on behalf of all those similarly situated,**

       Plaintiff,

v.    Case No.: 3:06cv488/MCR

**AUTO-OWNERS INSURANCE COMPANY,**

       Defendant.

_____/

**O R D E R**

As directed by the court in its order dated April 10, 2007, defendant has filed copies of the mandate and opinion recently issued by the Supreme Court of Florida in <u>Florida Farm Bureau Casualty Insurance Co. v. Cox</u>, 32 Fla. L. Weekly S564 (Fla. Sept. 20, 2007), and <u>Ceballo v. Citizens Prop. Ins. Corp.</u>, 32 Fla. L. Weekly S566 (Fla. Sept. 20, 2007).

In light of the decisions in <u>Cox</u> and <u>Ceballo</u>, <u>supra</u>, the stay previously imposed by the court in this case is LIFTED. Within ten (10) days, the parties shall file a joint status report stating what issues, if any, remain to be litigated following the Supreme Court of Florida's decisions.

**DONE and ORDERED** this 29th day of October, 2007.

               *s/ M. Casey Rodgers*
               **M. CASEY RODGERS**
               **UNITED STATES DISTRICT JUDGE**